IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-462-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT KEVIN BODDIE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motion for compassionate release [D.E. 73] not later than March 13, 2026.

SO ORDERED. This _9_ day of February, 2026.

JAMES C. DEVER III
United States District Judge