IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-00462-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT KEVIN BODDIE, | ) | |
| | ) | |
| Defendant. | | |

This matter comes before the Court on the Government's Motion to seal the exhibits [D.E. 78, Exhibits 1 and 2] attached to the Government's response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the exhibits [D.E. 78, Exhibits 1 and 2] attached to the Government's response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 13 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge